# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

KENNETH RAY CISCO,

        Movant,

v.                                                      CIVIL ACTION NO.  3:16-07275
                                                       Criminal No. 3:15-00007

UNITED STATES OF AMERICA,

        Respondent.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, (ECF No. 23), be denied as untimely; Respondent's motion, (ECF No. 28), be denied as moot; and that this action be dismissed, with prejudice, and removed from the docket of the court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that the Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, (ECF No. 23), be **DENIED** as untimely; Respondent's motion, (ECF No. 28), be **DENIED** as moot; and that this action be

**DISMISSED**, with prejudice, and removed from the docket of the court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: October 5, 2018

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE